IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MARK ALLEN SHIFLETT,<br>    Petitioner, | Civil Action No. 7:06cv00519 |
| v. | **FINAL ORDER** |
| CHARLES T. FELTS, WARDEN,<br>    Respondent. | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED and ADJUDGED**

that

1) Shiflett's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, under the above referenced case number, is **REINSTATED** to the active docket of the court for administrative purposes;

2) This case is **DISMISSED** without prejudice for failure to exhaust available state court remedies; and

3) This case is **STRICKEN** from the active docket of the court.

4) The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to the petitioner.

**ENTER:** This 31 day of January, 2007.

United States District Judge